UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>v.<br><br>AMANDA ROSE STONE,<br><br>   Defendant. | CASE NUMBER: 2:12-cr-00345-KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Amanda Rose Stone</u> from custody for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of _____

  __ Unsecured Appearance Bond in the amount of $

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond secured by Real Property

  __ Corporate Surety Bail Bond

  _X_ (Other) <u>Time Served and Conditions of Supervised Release Subject to Zero Tolerence Provision.</u>

Issued at <u>Sacramento, CA</u> on <u>4/3/13</u> at <u>10:45 a.m.</u>

           By _____
             Kimberly J. Mueller
             United States District Judge